IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

      Plaintiff,                      No. 1:07-cv-00446 ALA P

      vs.

ARNOLD SCHWARZENEGGAR, et al.,

      Defendants.             <u>ORDER</u>

      Plaintiff Roderick Washington, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, answered any questions on the "DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS" form submitted to the court. *See* 28 U.S.C. § 1915(a)(1). Plaintiff will be provided the opportunity to complete the declaration.

/////

/////

      In accordance with the above, IT IS HEREBY ORDERED that:

          1. The Clerk of the court will send Plaintiff a copy of the "DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS"; and

1

2. Plaintiff shall submit, within thirty-five (35) days from the date of this order, a completed "DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS." Plaintiff's failure to comply with this order will result in this action being dismissed without prejudice.

/////

Dated: November 29, 2007

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation