1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

     Plaintiff,                   No. 1:07-cv-00446 ALA P

     vs.

ARNOLD SCHWARZENEGGAR, et al.,

     Defendants.             <u>ORDER</u>

_____/

     Plaintiff Roderick Washington, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

     On November 29, 2007, this court informed Plaintiff that he had not answered any questions on the "DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS" form submitted to the court on March 14, 2007. Plaintiff was ordered to submit a complete application to proceed in forma pauperis. On December 7, 2007, Plaintiff again submitted an incomplete application to proceed in forma pauperis. Therefore, this action will be dismissed without prejudice.

     In accordance with the above, IT IS HEREBY ORDERED that Plaintiff's complaint is dismissed without prejudice.

1

1  /////

2  Dated: December 13, 2007

3                                    /s/ Arthur Alarcón
                                  UNITED STATES CIRCUIT JUDGE
                                  Sitting by Designation